LEGAL DESCRIPTION:

**ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND,** with the buildings and improvements thereon erected, situate, lying and being at Nanuet Heights, in the Town of Clarkstown, County of Rockland and State of New York, bounded and described as follows:

PARCEL A:

BEGINNING at a point in the Easterly line of Fremont Avenue, which said point is distant North 4° 30' East 346 feet from the intersection of said Easterly line of Fremont Avenue with the Northerly line of Prospect Avenue; running thence along the Easterly line of Fremont Avenue North 4° 30' West 118.17 feet; and thence North 85° 30' West 100 feet to the point or place of beginning.

PARCEL B:

BEGINNING at a point in the easterly line of Fremont Avenue distant northerly 464.17 feet from the corner formed by the intersection of the northerly line of Prospect Avenue and running thence (1) easterly along other lands of the party of the second a distance of 100 feet; thence (2) northerly on a line which would be the continuation of the easterly line of lands of the parties of the second part a distance of 25 feet to a point in the center line of Hancock Place; thence (3) westerly along the center line of Hancock Place a distance of 100 feet to the easterly line of Fremont Avenue; thence (4) southerly along the easterly line of Fremont Avenue a distance of 25 feet to the point or place of beginning.