# AFFIDAVIT OF SERVICE

COUNTY OF

| | |
|---|---|
| | ATTORNEY:  CAPITAL PROCESS |
| | FF/INDEX #: |
| | DATE FILED:          07 CV 9835 (SCR |
| | DOCKET #: |

**UNITED STATES OF AMERICA**

Plaintiff(s)/Petitioners(s)

- AGAINST -

**WILLIAM J. PEPER, III, ET AL.**

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **11/14/07**          at **2:50 PM**   at **2 BARDONIA MALL ROUTE 304**
                                                **BARDONIA, NY 10954**

deponent served the within   **NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER, CIVIL CASE DISCOVERY PLAN & SCHEDULING ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF PENDENCY, INDIVIDUAL**

on   **ABL PROPERTIES, INC.**                                                                    therein named

**CORPORATION**   [✓]  By delivering to and leaving with   **EDEN JOACHIM**                     and that he knew the person
                       so served to be the  **MANAGING AGENT**                        of the corporation, and authorized to accept service.

                  [ ]  AND AT THE SAME TIME PAYING IN ADVANCE                THE AUTHORIZED FEE

**DESCRIPTION**        Deponent describes the individual served as follows:

                  **FEMALE   WHITE SKIN   BLONDE HAIR   40-45 YEARS   5'4"-5'5"   140-150 LBS**

                  Other identifying features:

                  **GLASSES**

Sworn to before me on:   **11/16/07**

_(signature)_ JoAnn Johnson                                     _(signature)_ Ruben Riesgo

                                                            **RUBEN RIESGO**

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958