# AFFIDAVIT OF SERVICE

Index #: 07 CIV 9835
Date Purchased: November 6, 2007
Date Filed: ___
Court Date: 3/28/08

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

COUNTY ___

ATTORNEY(S): Robert William Yalen AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2722
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.: ___

UNITED STATES OF AMERICA,
vs.
WILLIAM J. PEPER, III, et al.,

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF **NEW YORK**, COUNTY OF **ONEIDA** SS.:

**James C.L. Dewitt Jr**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On **11/15/07** at **8:10 AM** at **5701 Horatio** STREET  UTICA, NEW YORK 13502, deponent served the within

Notice of Requirement to Submit A Scheduling Order, Civil Case Discovery Plan and Scheduling Order, Summons In A Civil Case, Complaint, Notice of Pendency, Judge's Rules and Instructions and Procedures for Electronic Case Filing with Index Number **07 CIV 9835**, and Date Purchased **November 6, 2007** endorsed thereon,

on: **FLEET NATIONAL BANK N/K/A BANK OF AMERICA**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering to and leaving with **Sandra Allen - Operations Team Lead** and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to ___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ] On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___ Certified Mail No. ___

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: ___

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex **Female**  Color of skin **White**  Color of hair **Brown**  Age **46**  Height **5'4"**
Weight **157**  Other Features: ___

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ___ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ]

Sworn to before me on this **15th** day of **November 2007**.

X **Patricia A. Lupia** (Notary)
PATRICIA A. LUPIA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 5006371
APPOINTED IN ONEIDA COUNTY
COMMISSION EXPIRES DECEMBER 28, 2010

X ___ (Signature - Process Server)
Please Print Name Below Signature
**James C.L. Dewitt Jr**

Invoice•Work Order # 0755608

*Capital Process Servers, Inc. 265 Post Avenue Suite 150, Westbury, NY 11590 - Tel 516-333-6380 • Fax 516-333-6382*