**AFFIDAVIT OF SERVICE**

Index #: 07 CIV 9835
Date Purchased: November 6, 2007
Date Filed: _____
Court Date: 3/28/08

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
COUNTY

ATTORNEY(S): Robert William Yalen AUSA : U.S. Attorney's Office - SDNY PH: 212-637-2722
ADDRESS: 86 Chambers Street New York N.Y. 10007   File No.:

*UNITED STATES OF AMERICA,*
vs.
*WILLIAM J. PEPER, III, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF Erie   SS.:

Jillina A. Kwiatkowski, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 11/13/07 at 4:17 pm
at 1100 WEHRLE DRIVE SECOND FLOOR WILLIAMSVILLE, NEW YORK 14221, deponent served the within
Notice of Requirement to Submit A Scheduling Order, Civil Case Discovery Plan and Scheduling Order, Summons In A Civil Case, Complaint, Notice of Pendency, Judge's Rules and Instructions and Procedures for Electronic Case Filing
with Index Number 07 CIV 9835, and Date Purchased November 6, 2007 endorsed thereon,
on: MANUFACTURERS AND TRADERS TRUST COMPANY, **Defendant** therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering to and leaving with Lisa M. Licata, Banking Officer and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Female  Color of skin White  Color of hair Brown  Age 30-40 yrs  Height 5'5-5'8
Weight 131-160 lbs  Other Features: None

**#8 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** ☐

Sworn to before me on this 14th day of November, 2007

X _____ (Notary signature)

Robert J. Mamone 01MA6057351
Notary Public, State of NY
Qualified in Erie County
My Commission Expires April 16, 2050  4/14/11

X _____ Jillina A Kwiatkowski
Process Server
Please Print Name Below Signature
Jillina A. Kwiatkowski

Invoice•Work Order # 0755606

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382

ATTORNEY    CPS        0755606

U.S. DISTRICT COURT                                    INDEX #  07 CV 9835 (SCR)

SOUTHERN DISTRICT OF NEW YORK                          D/O/F   11/6/2007

UNITED STATES OF AMERICA

*PLAINTIFF/PETITIONER*                                 AFFIDAVIT
                                                          OF
                                                       SERVICE

WILLIAM J. PEPER, III, ET AL

*DEFENDANT/RESPONDENT*

Erie County, New York State;           JILLINA A. KWIATKOWSKI           being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.
on   11/13/2007     at    04:17 PM   at   1100 WEHRLE DRIVE, 2ND FLOOR, WILLIAMSVILLE, NY 14221
Deponent served the within    NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER,
                              CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER
On    MANUFACTURERS AND TRADERS TRUST COMPANY        DEFENDANT
                                                  (Herein after called the recipient) therein named.

### SERVICE ON A CORPORATION

A    BANKING CORPORATION    by delivering thereat a true copy of each to    LISA M. LICATA
personally, deponent knew said corporation so served to be the corporation described in said aforementioned document as said defendant and
upon information and belief knew said individual to be
                              BANKING OFFICER                          thereof.

### PHYSICAL DESCRIPTION AS FOLLOWS

FEMALE    WHITE SKIN    BROWN HAIR    36-49 YRS    5'5-5'8    131-160 LBS
OTHER IDENTIFYING FEATURES         NONE

Sworn to before me on    Wednesday, November 14, 2007

Robert J. Marrone
Notary Public - State of New York
Erie County
Reg # 01MA6057351
My Commission Expires 04/16/11

JILLINA A. KWIATKOWSKI
AFF. #   97934