| | | |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | INDEX # : 07 CV 9835(SCR) |
| UNITED STATES DISTRICT COURT | | Date Filed: November 6, 2007 |
| DISTRICT: SOUTHERN/NY | | |

United States Of America

*Plaintiff(s)/Petitioner(s)*

vs

William J. Peper, III, et al

*Defendant(s)/Respondent(s)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

____Stephen L. Collen____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ____November 16, 2007____ at ____11:50 am____, at ____Bldg 9, W.A. Harriman Campus, Albany, NY 12227____, deponent served the within Notice of Requirement to Submit A Scheduling Order, Civil Case Discovery Plan and Scheduling Order Summons In A Civil Case Case Complaint Notice of Pendency Judge's Rules and Instructions Procedures for Electronic Case Filing

on: ____New York State Tax Commission____, ____Recipient____ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[X] By delivering thereat a true copy of each to ____Megan Supernaukit, clerk____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by _____

[ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: White   Color of hair: Brown   Age: 22 - 29 Yrs.   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features: _____

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on ____November 19, 2007____

*MARCY A. O'HARE*
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*Stephen L. Collen*

Invoice•Work Order # 0709412