# AFFIDAVIT OF SERVICE

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

ATTORNEY: CAPITAL PROCESS
FF/INDEX #: 07 CV 9835 (SCR
DATE FILED:
DOCKET #:

UNITED STATES OF AMERICA

Plaintiff(s)/Petitioners(s)

- AGAINST -

WILLIAM J. PEPER, III, ET AL.

Defendants(s)/Respondent(s)

COURT D/T: 3/28/07
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 11/22/07 at 9:20 AM at 16 NORTH FREEMONT AVENUE NANUET, NY 10954

deponent served the within NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER, CIVIL CASE DISCOVERY PLAN & SCHEDULING ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF PENDENCY, INDIVIDUAL PRACTICES OF JUDGE ROBINSON,*

on WILLIAM J. PEPER, III therein named

**INDIVIDUAL** [✓] By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE  THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE   WHITE SKIN   BALD HEAD   50-55 YEARS   5'9"-6'1"   180-200 LBS

Other identifying features:

*INSTRUCTIONS & PROCEDURES FOR ELECTRONIC CASE FILING

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 11/27/07

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_/0
01J05031856

RUBEN RIESGO

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958