# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

COUNTY

Index #: 07 CIV 9835
Date Purchased: November 5, 2007
Date Filed: _____
Court Date: 3/28/08

ATTORNEY(S): Robert William Yalen AUSA ; U.S. Attorney's Office - SDNY   PH: 212-637-2722
ADDRESS: 86 Chambers Street New York N.Y. 10007   File No.:

*UNITED STATES OF AMERICA,*
vs.
*WILLIAM J. PEPER, III, et al.,*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF __NY__, COUNTY OF __Westchester__ SS:

__John Lepore__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __11/21/07__ at __10:00 AM__
at 115 LAKESHORE DRIVE, EASTCHESTER, NY 10709, deponent served the within

Notice of Requirement to Submit A Scheduling Order, Civil Case Discovery Plan and Scheduling Order, Summons In A Civil

with Index Number __07 CIV 9835__, and Date Purchased __November 6, 2007__ endorsed thereon.

on: **NANCY PEPER-ARMANO**, Defendant therein named.

**#1 INDIVIDUAL** ☒ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☐ By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** ☐ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __F__ Color of skin __WH__ Color of hair __Black__ Age __40__ Height __5'5"__
Weight __120__ Other Features: _____

**#8 WIT FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** ☒ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** ☐ _____

Sworn to before me on this __28__ day of __Nov 2007__

X __Ellen Eakley__
ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 200_

X __John Lepore__
Process Server
Please Print Name Below Signature

Invoice-Work Order # 0756759

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL. 516-333-6380 • FAX 516-333-6382