UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br><br>           –*against*–<br><br>WILLIAM J. PEPER, III, NANCY PEPER-ARMANO, MANUFACTURERS AND TRADERS TRUST COMPANY, ABL PROPERTIES, INC., NEW YORK STATE TAX COMMISSION, FLEET NATIONAL BANK and JOHN DOES NOS. 1-10<br><br>                    *Defendants*. | 07 CIV 9835<br>(SCR)<br><br><br><br>ECF Case |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT MANUFACTURERS AND TRADERS TRUST COMPANY**

Defendant Manufacturers and Traders Trust Company is a subsidiary of M&T Bank Corporation, which owns 100% of its stock.

Dated: New York, New York
       December 12, 2007

                              Respectfully submitted,


                              *S. Robert Schrager*
                              S. Robert Schrager (RS-0952)
                              **HODGSON RUSS LLP**
                              60 East 42nd Street
                              New York, New York 10165
                              Tel.:   (212) 661-3535
                              Fax:    (212) 972-1677

                              *Attorneys for Defendant*
                                     *Manufacturers and Traders Trust Company*