

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

86 Chambers Street, 3rd Floor
New York, New York 10007

December 11, 2007

By Federal Express
Hon Stephen C. Robinson
United States District Judge
United States District Court
300 Quarropas Street, Room 633
White Plains, New York 10601

RECEIVED DEC 1 2 2007 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.

Re:   **United States v. Peper, et al., 07 Civ. 9835 (SCR)**

Dear Judge Robinson:

    I am the Assistant United States Attorney with principal responsibility for this tax foreclosure action. I write respectfully to request a one-month extension of the December 14, 2007 deadline for the parties to submit a joint scheduling order. Although all six defendants have been served with the summons and complaint in this action and notified of the requirement to submit a proposed joint scheduling order, no defendant has yet answered the complaint or filed a notice of appearance, and only one defendant, Manufacturers & Traders Trust Co. ("M&T") has contacted the Government in any fashion concerning the lawsuit. Accordingly, the Government respectfully requests an adjournment of the deadline for submission of a joint scheduling order until **January 14, 2007**, to allow an opportunity for the Government to confer with counsel for all defendants that seek to contest this matter.

    This is the Government's first request for an extension in this action. Counsel for defendant M&T consents to this request. The Government has not conferred with counsel for the other defendants, which have neither appeared nor contacted the Government subsequent to service. I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Robert William Yalen
ROBERT WILLIAM YALEN
Assistant United States Attorney
Tel.: (212) 637-2722
Fax: (212) 637-2687

**APPLICATION GRANTED**
/s/ Stephen C. Robinson  12/14/07
HON. STEPHEN C. ROBINSION

cc (by Federal Express):   William J. Peper, III
16 North Freemont Ave.
Nanuet, NY 10954

Nancy Peper-Armano
115 Lakeshore Drive
Eastchester, NY 10709

ABL Properties, Inc.
2 Bardonia Mall, Route 304
Bardonia, NY 10954

Bank of America (f/k/a Fleet National Bank)
5701 Horatio St.
Utica, NY 13502

Robert Scharger, Esq.
Hodgson Ross LLP
60 East 42nd Street
New York, NY 10165

New York State Tax Commission
Building 9, W.A. Harriman Campus
Albany, NY 12227