*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

            Plaintiff,

    v.

WILLIAM J. PEPER, III, NANCY PEPER-
ARMANO, MANUFACTURERS AND
TRADERS TRUST COMPANY, ABL
PROPERTIES, INC., NEW YORK STATE TAX
COMMISSION, FLEET NATIONAL BANK and
JOHN DOES NOS. 1-10

            Defendants.
----------------------------------------------------------X

STIPULATION
EXTENDING TIME

ECF Case

Case No. 07 CIV 9835 (SCR)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Manufacturers and Traders Trust Company to answer or otherwise respond to the complaint is hereby extended up to and including December 31, 2007. Defendant has not previously requested an extension of time in this matter.

Dated: December 11, 2007

_____
S. Robert Schrager (RS-0952)
HODGSON RUSS LLP
60 East 42nd Street
37th Floor
New York, New York 10165-0159
Tel: (212) 661-3535
Fax: (212) 972-1677
*Attorneys for Defendant*
*Manufacturers and Traders Trust Company*

_____
MICHAEL J. GARCIA
UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT
OF NEW YORK
By: Robert William Yalen
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2722
Fax: (212) 637-2687
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.
dated: 12/16/87

000160/01004 NYCDOCS2 445354v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: