**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 07 CIV 9835 |
| *Plaintiff,* | (SCR) |
| –against– | |
| **WILLIAM J. PEPER, III, NANCY PEPER-ARMANO, MANUFACTURERS AND TRADERS TRUST COMPANY, ABL PROPERTIES, INC., NEW YORK STATE TAX COMMISSION, FLEET NATIONAL BANK and JOHN DOES NOS. 1-10** | ECF Case |
| | **ANSWER** |
| *Defendants.* | |

Defendant, Manufacturers and Traders Trust Company ("M&T"), by its attorneys, Hodgson Russ LLP, answers the allegations set forth in the Complaint of plaintiff, United States of America ("USA") as follows:

1.      Paragraph 1 of the Complaint contains an informative statement to which no response is required; however, to the extent that the allegations contained in Paragraph 1 of the Complaint call for M&T to answer, M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 1 of the Complaint.

2.      M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 2 of the verified Complaint.

3.      Paragraph 3 of the Complaint contains a legal statement to which no response is required; however, to the extent that the allegations contained in Paragraph 3 of the Complaint call for M&T to answer, M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 3 of the Complaint.

4.    Paragraph 4 of the Complaint contains a legal statement to which no response is required; however, to the extent that the allegations contained in Paragraph 4 of the Complaint call for M&T to answer, M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 4 of the Complaint.

5.    M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraphs 5 and 6 of the Complaint.

6.    M&T admits the allegations contained in Paragraph 7 of the Complaint.

7.    M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraphs 8 through 11; 13 through 18; and 20 through 23 of the Complaint.

8.    M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 24 of the Complaint and further states that no such exhibit was attached to the Complaint served on M&T.

9.    M&T denies having knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 25 through 28 of the Complaint.

10.    With respect to the allegations contained in Paragraphs 12 and 19 of the Complaint, M&T admits such allegations as are elsewhere admitted, denies having knowledge or information sufficient to form a belief with respect to those allegations as are elsewhere herein similarly treated and denies such allegations as are elsewhere herein denied

11.    M&T denies each and every allegation of the Complaint not heretofore specifically admitted or denied.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

12.    Any interests of plaintiff and all defendants in the Premises, if any, are subject and subordinate to the interest of M&T as the holder of a first mortgage, assignment of rents and security interest thereon and therein.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

13.    Some or all of the Complaint fails to state a claim against M&T upon which relief can be granted.

## RESERVATION OF RIGHTS

14.    M&T reserves and does not waive any additional rights and/or further defenses and claims it has or that may arise hereafter during the course of discover exchanged in this litigation

**WHEREFORE**, defendant M&T demands judgment:

1.    Dismissing the Complaint in its entirety together with the costs of this action; or

2.    In the alternative, if the Premises be sold, that all sale proceeds there from be paid first to M&T to the extent necessary to satisfy M&T's mortgage in full; and

3.    For such other and further relief as this Court deems appropriate.

Dated:        December 31, 2007
              New York, New York


 s/S. Robert Schrager
S. Robert Schrager (SRS 0952)
**HODGSON RUSS LLP**
*Attorneys for Defendant Manufactures and
        Traders Trust Company*
60 East 42nd Street
New York, NY  10165
212.661.3535

TO:

MICHAEL J. GARCIA
*Attorney for Plaintiff United States of America*
by: Robert William Yalen, AUSA
86 Chambers Street, 3rd Floor
New York, NY  10007

4