UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X          07 CIV 9835 (SCR)
UNITED STATES OF AMERICA,

                                        Plaintiff,

            -against-                                                **NOTICE OF APPEARANCE**


WILLIAM J. PEPER, III, NANCY PEPER-ARMANO,
MANUFACTURERS AND TRADERS TRUST
COMPANY, ABL PROPERTIES, INC., NEW YORK
STATE TAX COMMISSION, FLEET NATIONAL
BANK, and JOHN DOES NOS. 1-10,

                                        Defendants.
-----------------------------------------------------------------X          ECF CASE

To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for the defendants William J. Peper,
III and Nancy Peper-Armano.

        I certify that I am admitted to practice in this court.


Dated: January 9, 2008                       CHERICO, CHERICO & ASSOCIATES

                                             By: _Eric G. Fendt_____
                                                 Eric G. Fendt EF 3545
                                                 308 Battle Avenue
                                                 White Plains, New York 10606
                                                 Tel. (914) 948-2299
                                                 Fax (914) 948-4248


To: All parties and counsel by ECF