UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   07 CIV 9835 (SCR)
UNITED STATES OF AMERICA,

                              Plaintiff,

-against-                                                                        **NOTICE OF APPEARANCE**

WILLIAM J. PEPER, III, NANCY PEPER-ARMANO,
MANUFACTURERS AND TRADERS TRUST
COMPANY, ABL PROPERTIES, INC., NEW YORK
STATE TAX COMMISSION, FLEET NATIONAL
BANK, and JOHN DOES NOS. 1-10,

                              Defendants.
-------------------------------------------------------------------X   ECF CASE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendants William J. Peper, III and Nancy Peper-Armano.

    I certify that I am admitted to practice in this court.


Dated: January 9, 2008                    CHERICO, CHERICO & ASSOCIATES

                                                    By: _/s/ Louis E. Cherico_
                                                       Louis E. Cherico LC 4184
                                                      308 Battle Avenue
                                                      White Plains, New York 10606
                                                      Tel. (914) 948-2299
                                                      Fax (914) 948-4248


To: All parties and counsel by ECF