

# CHERICO, CHERICO & ASSOCIATES
Attorneys & Counselors at Law

IN REPLY REFER TO FILE # L/06-198

January 9, 2008

**BY FACSIMILE (914) 390-4179**
Hon. Stephen C. Robinson, U.S.D.J.
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

**Re:    United States of America v. Peper, *et al.*
07 CIV 9835 (SCR)**

Dear Judge Robinson:

We represent the defendants William J. Peper, III and Nancy Peper-Armano in connection with the referenced matter. Our notices of appearance were entered today via the ECF system. Courtesy copies are enclosed herein. Please consider this letter a written request to extend the time to answer on behalf of each defendant to February 8, 2008. We have consulted with AUSA Robert W. Yalen, who indicated his consent to this request. This is the first such request of this nature for each defendant.

Respectfully,
**CHERICO, CHERICO & ASSOCIATES**

By: _Eric G. Fendt_
Eric G. Fendt, Esq.

EGF/mb
Enclosures
cc: Nancy Peper-Armano
    William J. Peper
    Robert Scharger, Esq. (by facsimile 212-972-1677)
    Attorney for Manufacturers & Traders Trust Co.

**APPLICATION GRANTED**

_Stephen C Robinson_ 1/9/08

**HON. STEPHEN C. ROBINSON**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:

308 Battle Avenue • White Plains, New York 10606 • (914) 948-2299 • Fax: (914) 948-4248
www.chericolaw.com