**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

January 10, 2008

<u>By Federal Express</u>
Hon. Stephen C. Robinson
United States District Judge
United States District Court
300 Quarropas Street, Room 633
White Plains, New York 10601

JAN 11 2007
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

     Re:   <u>United States v. Peper, et al.</u>, 07 Civ. 9835 (SCR)

Dear Judge Robinson:

     I write respectfully to request that the Court adjourn the current January 14, 2008 deadline for the submission of a joint scheduling order in this matter. Counsel for defendants William J. Peper, III, and Nancy Peper-Armano filed a notice of appearance in this matter yesterday, and these defendants have requested additional time in which to answer the complaint. In order to allow the parties to take into account the answer of these defendants in proposing a discovery schedule, the Government respectfully requests that the deadline for submission of a joint pretrial order be set for a date two weeks after service of their answer.

     Counsel for defendants Peper and Peper-Armano consents to this request. I have requested the consent of counsel for the other defendant that has appeared, Manufacturers & Traders Trust Company, but have not yet received a response. This is the second request for an adjournment of the deadline for submission of a joint pretrial order, the first request having been granted. I thank the Court for its consideration of this request.

     Respectfully,

     MICHAEL J. GARCIA
     United States Attorney

By: *[signature]*
ROBERT WILLIAM YALEN
Assistant United States Attorney
Tel.: (212) 637-2722
Fax: (212) 637-2687

**APPLICATION GRANTED**
*[signature]* Stephen C Robinson 1/22/08
HON. STEPHEN C. ROBINSION

Letter to Hon. Stephen C. Robinson
January 10, 2008
Page 2 of 2

cc (by Federal Express):        Louis E. Cherico, Esq.
Cherico, Cherico & Associates
308 Battle Avenue
White Plains, NY 10606
*Counsel for Defendants*
*William J. Peper, III and*
*Nancy Peper-Armano*

Robert Scharger, Esq.
Hodgson Ross LLP
60 East 42nd Street
New York, NY 10165
*Counsel for Defendant*
*Manufacturers & Traders Trust Co.*

ABL Properties, Inc.
2 Bardonia Mall, Route 304
Bardonia, NY 10954

Bank of America (f/k/a Fleet National Bank)
5701 Horatio St.
Utica, NY 13502

New York State Tax Commission
Building 9, W.A. Harriman Campus
Albany, NY 12227