

# CHERICO, CHERICO & ASSOCIATES
Attorneys & Counselors at Law

IN REPLY REFER TO FILE # L/06-198

February 1, 2008

**BY FACSIMILE (914) 390-4179**
Hon. Stephen C. Robinson, U.S.D.J.
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:  United States of America v. Peper, *et al.*
     07 CIV 9835 (SCR)

Dear Judge Robinson:

    We represent the defendants William J. Peper, III and Nancy Peper-Armano in connection with the referenced matter. We are writing to request a second adjournment of time to answer on behalf of these defendants until February 25, 2008. Our first request was made on January 9, 2008 and was granted. The defendants' answers are currently due on February 8, 2008. It is my understanding that AUSA Robert Yalen has consented to this request. The defendants are attempting to reach a settlement with the government and believe that the extra time will allow this to occur.

                        Respectfully,
                        CHERICO, CHERICO & ASSOCIATES

                        By: _/s/ Eric G. Fendt_
                               Eric G. Fendt, Esq.

EGF/mb
cc: Nancy Peper-Armano
    William J. Peper
    AUSA Robert W. Yalen (by facsimile 212-637-2687)
    Robert Schrager, Esq. (by facsimile 212-972-1677)
        Attorney for Manufacturers & Traders Trust Co.

**APPLICATION GRANTED**

_/s/ Stephen C. Robinson_ 2/4/08
HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

308 Battle Avenue • White Plains, New York 10606 • (914) 948-2299 • Fax: (914) 948-4248
www.chericolaw.com