

# CHERICO, CHERICO & ASSOCIATES
Attorneys & Counselors at Law

IN REPLY REFER TO FILE # L/06-198

February 25, 2008

**BY FACSIMILE (914) 390-4179**
Hon. Stephen C. Robinson, U.S.D.J.
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: United States of America v. Peper, et al.
    07 CIV 9835 (SCR)

Dear Judge Robinson:

As the Court knows, we represent the defendants William J. Peper, III and Nancy Peper-Armano in connection with the referenced matter. We are writing to request a third adjournment of time to answer the complaint until March 21, 2008. We previously requested extensions on January 9, 2008 and February 1, 2008, both of which were granted, and our clients' answer is currently due today.

It is anticipated that, pursuant to a settlement agreement reached between the plaintiff and our clients, a stipulation of discontinuance will be filed prior to the requested extension date. Enclosed is a copy of our correspondence to AUSA Yalen, which sets forth the current status of the settlement. We have not consulted with Mr. Yalen regarding this request.

Respectfully,
**CHERICO, CHERICO & ASSOCIATES**

By: *Eric G. Fendt*
    Eric G. Fendt, Esq.

*Government consented to request.*
**APPLICATION GRANTED**

*Stephen C. Robinson* 3/5/08
HON. STEPHEN C. ROBINSION

EGF/mb
Enclosure
cc: Nancy Peper-Armano
    William J. Peper
    AUSA Robert W. Yalen (by facsimile 212-637-2687)
    Robert Schrager, Esq. (by facsimile 212-972-1677)
        Attorney for Manufacturers & Traders Trust Co.

[SDNY DOCUMENT ELECTRONICALLY FILED stamp]

---

308 Battle Avenue • White Plains, New York 10606 • (914) 948-2299 • Fax: (914) 948-4248
www.chericolaw.com