*LLL*
*Robinson, J*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone: (212) 637-2722
Facsimile:  (212) 637-2687
E-mail: robert.yalen@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
              Plaintiff,           :
                                   :
         v.                        :
                                   :    **STIPULATION & ORDER** *As To*
WILLIAM J. PEPER, III, NANCY PEPER-:           *ALL DEFENDANTS*
ARMANO, MANUFACTURERS AND          :    ECF Case
TRADERS TRUST COMPANY, ABL         :
PROPERTIES, INC., NEW YORK STATE TAX:   07 Civ. 9835 (SCR)
COMMISSION, FLEET NATIONAL BANK and :
JOHN DOES NOS. 1-10                :
                                   :
              Defendants.          :
------------------------------------------------------------x

WHEREAS, on November 6, 2007, plaintiff the United States of America ("the Government") filed a complaint in this matter on behalf of the Internal Revenue Service ("IRS");

WHEREAS, the Government's first claim for relief seeks to reduce to judgment assessments of the federal tax liabilities of defendant William J. Peper, III ("Peper") for unpaid taxes, penalties, interest, and a lien fee relating to tax years 1994, 1995, and 1996 (the "1994, 1995, and 1996 tax liabilities");

WHEREAS, the Government and Peper agree that the Government has recorded Notices of Federal Tax Liens with regard to the 1994, 1995, and 1996 tax liabilities;

WHEREAS, the Government's second claim for relief seeks to foreclose upon real property at 16 North Fremont Avenue, Nanuet, New York (the "Property") pursuant to the tax liens relating to the 1994, 1995, and 1996 tax liabilities;

WHEREAS, the only defendant to have served or filed an answer to the Complaint has been Manufacturers & Traders Trust Company ("M&T");

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

WHEREAS, defendant New York State Tax Commission ("New York State") has served a notice of appearance in this action;

WHEREAS, the Government and Peper agree that as of January 23, 2008, the 1994, 1995, and 1996 tax liabilities amounted to $67,771.10, with statutory interest and additions continuing to accrue on that amount;

WHEREAS, Peper, though his counsel, has provided the Government with bank check No. 089967124, dated February 21, 2008, and issued by JP Morgan Chase Bank N.A., in the amount of $67,771.10;

WHEREAS, the United States has accepted this payment in satisfaction of the 1994, 1995, and 1996 tax liabilities;

WHEREAS, the United States has provided Peper with evidence of the release of the liens reflected by the Notices of Federal Tax Liens for Peper's 1994, 1995, and 1996 tax liabilities;

WHEREAS, the United States has agreed to provide Peper with a release of the notice of pendency that the United States filed with respect to the present action;

WHEREAS, in light of the foregoing, the United States desires to dismiss this action voluntarily;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties having appeared in this action, by their counsel, as follows:

1. This action is dismissed with prejudice and without costs or attorney's fees to any party.

2. The United States will provide Peper with a notice of release of the notice of pendency.

3. Nothing in this stipulation or the dismissal of this action affects any rights that M&T or New York State may have concerning the Property, including any right to commence legal proceedings and take such other actions as it deems appropriate to protect their interest in the Property or any related mortgages or agreements;

4.   Nothing in this stipulation or the dismissal of this action affects any rights that the Government or any of its agencies, including the IRS, may have with respect to any unpaid federal tax liabilities other than the 1994, 1995, and 1996 tax liabilities that are at issue in this case, including any right to commence foreclosure proceedings against the Property with respect to any such other unpaid liabilities.

5.   The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       March 14, 2008

       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York
       *Attorney for Plaintiff*
       *United States of America*

By:    /s/ Robert William Yalen
       ROBERT WILLIAM YALEN
       Assistant United States Attorney
       86 Chambers St., 3rd Floor
       New York, NY 10007
       Tel.: (212) 637-2722
       Fax: (212) 637-2687
       E-mail: robert.yalen@usdoj.gov

Dated: New York, New York
       March __, 2008

       CHERICO, CHERICO & ASSOCIATES
       *Attorneys for Defendant*
       *William J. Peper, III*

By:    _____
       LOUIS E. CHERICO
       308 Battle Ave.
       White Plains, New York 10606
       Tel.: (914) 948-2299
       Fax: (914) 948-4248
       E-mail: atilla6@broadviewnet.net

4.      Nothing in this stipulation or the dismissal of this action affects any rights that the Government or any of its agencies, including the IRS, may have with respect to any unpaid federal tax liabilities other than the 1994, 1995, and 1996 tax liabilities that are at issue in this case, including any right to commence foreclosure proceedings against the Property with respect to any such other unpaid liabilities.

5.      The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       March __, 2008

       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York
       *Attorney for Plaintiff*
       *United States of America*

By: _____
    ROBERT WILLIAM YALEN
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, NY 10007
    Tel.: (212) 637-2722
    Fax: (212) 637-2687
    E-mail: robert.yalen@usdoj.gov

Dated: New York, New York
       March 11, 2008

       CHERICO, CHERICO & ASSOCIATES
       *Attorneys for Defendant*
       *William J. Peper, III*

By: _____
    LOUIS E. CHERICO
    308 Battle Ave.
    White Plains, New York 10606
    Tel.: (914) 948-2299
    Fax: (914) 948-4248
    E-mail: atilla6@broadviewnet.net

Dated: New York, New York
       March __, 2008

      HODGSON RUSS LLP
      *Attorneys for Defendant*
      *Manufacturers & Traders Trust Co.*

By: _____
      S. ROBERT SCHRAGER, ESQ.
      60 East 42nd St., 37th Floor
      New York, NY 10165
      Tel.: (212) 661-3535
      Fax: (212) 972-1677
      E-mail: Rschrage@hodgsonruss.com

Dated: Hauppauge, New York
       March __, 2008

      ANDREW M. CUOMO
      Attorney General of the
      State of New York
      *Attorney for Defendant*
      *New York State Tax Commission*

By: _____
      ALAN GITTER
      Associate Attorney
      300 Motor Parkway – Suite 125
      Hauppauge, NY 11788
      Tel.: (631) 231-2412
      Fax: (631) 231-2405
      E-mail: A.Gitter@oag.state.ny.us

SO ORDERED.

Dated: New York, New York
       March __, 2008

_____
HON. STEPHEN C. ROBINSON
United States District Judge

Dated: New York, New York  
      March___, 2008

    HODGSON RUSS LLP  
    *Attorneys for Defendant*  
    *Manufacturers & Traders Trust Co.*

By: _____  
    S. ROBERT SCHRAGER, ESQ.  
    60 East 42nd St., 37th Floor  
    New York, NY 10165  
    Tel.: (212) 661-3535  
    Fax: (212) 972-1677  
    E-mail: Rschrage@hodgsonruss.com

Dated: Hauppauge, New York  
      March 11, 2008

    ANDREW M. CUOMO  
    Attorney General of the  
    State of New York  
    *Attorney for Defendant*  
    *New York State Tax Commission*

By: _____  
    ALAN GITTER  
    Associate Attorney  
    300 Motor Parkway – Suite 125  
    Hauppauge, NY 11788  
    Tel.: (631) 231-2412  
    Fax: (631) 231-2405  
    E-mail: A.Gitter@oag.state.ny.us

SO ORDERED.

Dated: New York, New York  
      March 18, 2008

_____  
HON. STEPHEN C. ROBINSON  
United States District Judge