MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone: (212) 637-2722
Facsimile:  (212) 637-2687
E-mail: robert.yalen@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

           v.

WILLIAM J. PEPER, III, NANCY PEPER-
ARMANO, MANUFACTURERS AND
TRADERS TRUST COMPANY, ABL
PROPERTIES, INC., NEW YORK STATE TAX
COMMISSION, FLEET NATIONAL BANK and
JOHN DOES NOS. 1-10

                Defendants.
------------------------------------------------------------x

ECF Case

07 Civ. 9835 (SCR)

**NOTICE OF RELEASE OF**
**NOTICE OF PENDENCY**

       PLEASE TAKE NOTICE that Plaintiff United States of America hereby withdraws the Notice of Pendency, dated November 6, 2007, filed in this action.

Dated:  New York, New York
        March 20, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Plaintiff*
*United States of America*

By:    /s/ Robert William Yalen
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, NY 10007
Tel.: (212) 637-2722
Fax: (212) 637-2687
E-mail: robert.yalen@usdoj.gov